Monte J. White & Associates
Monte J. White, State Bar No. 00785232
1106 Brook Avenue, Hamilton Place
Wichita Falls, Texas 76301
(940) 723-0099
(940) 723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 08-70523-HDH-13 |
| Edward Scott Swalwell | § |
| and | § |
| Stephanie Clark Swalwell, | § |
| | § |
| Debtors | § |

NOTICE OF DEBTORS' ADDRESS CHANGE

COME NOW Edward Scott Swalwell, and wife, Stephanie Clark Swalwell, Debtors, and file this Notice of Address Change.  Attorney for Debtors hereby notifies that proper address for service on Debtors is:

5300 Professional Dr Apt 713
Wichita Falls, TX 76302

Dated: July 8, 2013

Respectfully Submitted,

/s/ Monte J. White
Attorney for Debtors