Walter O'Cheskey  
Chapter 13 Trustee  
6308 Iola Ave., Suite 100  
Lubbock TX 79424  
(806) 748-1980 Phone  
(806) 748-1956 Fax  

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  
EDWARD SCOTT SWALWELL

CASE NO.:  08-70523-HDH-13  
DATED:  October 01, 2013

DEBTOR(S)

**TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT**

   The Standing Chapter 13 Trustee, hereby certifies that the Trustee has received and disbursed the final Chapter 13 plan payment required by the Order Confirming Chapter 13 Plan or any subsequent superseding order entered thereafter in the above number case.  If the Debtor is eligible for discharge, the Debtor must file within twenty-one (21) days hereof the Debtor's Certification and Motion for entry of Chapter 13 Discharge pursuant to 11 U.S.C. 1328(a).

  _X_  If applicable Certification is made by the Debtor, the Trustee notes that the above-named Debtor appears to be eligible for Chapter 13 Discharge.

  ___  Trustee notes that the above-named Debtor may NOT be eligible for Chapter 13 Discharge.

   Pursuant to 11 U.S.C. 1328(f)(1) the Debtor may have received a discharge under Chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief in the above-numbered case, or

   Pursuant to 11 U.S.C. 1328(f)(1) the Debtor may have received a discharge under Chapter 13 of this title during the 2-year period preceding the date of the order for relief in the above-numbered case, and/or

   Pursuant to 11 U.S.C. 1328(g)(1) subsequent to the filing of the petition in the above-numbered case, Debtor may have not completed an instructional course concerning personal financial management described in 11 U.S.C. 111.

Dated:  October 01, 2013

/s/  Walter O'Cheskey  
Walter O'Cheskey, Chapter 13 Trustee

**Certificate of Service**

I hereby certify that a true copy of the foregoing TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on October 01, 2013.

EDWARD SCOTT SWALWELL & STEPHANIE CLARK SWALWELL 5300 PROFESSIONAL DR APT 713  WICHITA FALLS TX 76302  
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301  
ASCENSION CAPITAL GROUP PO BOX 201347  ARLINGTON TX 76006  
B-LINE LLC ATTN  STEVEN KANE PO BOX 91121  DEPT 550 SEATTLE WA 98111

Dated:  October 01, 2013

/s/  Walter O'Cheskey  
Walter O'Cheskey, Chapter 13 Trustee