Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| Edward Scott Swalwell § | |
| and § | CASE NO.: 08-70523-HDH-13 |
| Stephanie Clark Swalwell § | |
| Debtor | |

**DEBTOR(S) CERTIFICATION AND MOTION FOR ENTRY OF
CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)**

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

    F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

    G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.     I have made all payments required by my confirmed chapter 13 plan.

/s/Edward Scott Swalwell
Debtor

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

### NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE CLOSE OF BUSINESS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDER TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2013, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor(s)

Label Matrix for local noticing
0539-7
Case 08-70523-hdh13
Northern District of Texas
Wichita Falls
Tue Oct 8 14:29:23 CDT 2013

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Afni, Inc.-Cingular Wireless
404 Brock Dr.
PO Box 3427
Bloomington IL 61702-3427

B-Line, LLC
Attn: Steven Kane
P.O. Box 91121
Dept. 550
SEATTLE, WA 98111-9221

Barclays Bank Delaware
Attention: Customer Support Department
PO Box 8833
Wilmington, DE 19899-8833

Bruce McDonald, DO
3500 MCNiel
Wichita Falls, TX 76308-1505

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CMRE Financial Srvs Inc-Denton Anesthesi
3075 E Imperial Hwy
Suite 200
Brea, CA 92821-6753

CR Evergreen, L.L.C.
PO Box 91121
MS 550
Seattle, WA 98111-9221

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

City of Iowa Park
City Hall
Iowa Park, TX 76367

Compass Bank
P.O. BOX 201347
ARLINGTON, TX 76006-1347

Compass Bank
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296-0001

Compass Bank
CO Higher Education Servicing Corp.
1250 E. Copeland Rd., Ste. 200
Arlington, TX 76011-4921

Compass Bank
P.O. Box 10566
Birmingham, AL 35296-0001

Compass Bank -Secured
P.O. Box 201347
Arlington, TX 76006-1347

Credit Management-Time Warner
4200 International Pwy
Carrolton, TX 75007-1912

DIF Services-Denton OBGYN
14665 Midway Rd Ste 110
Addison, TX 75001-3185

ECMC
P.O. Box 75906
Saint Paul, MN 55175-0906

ECMC
PO Box 75906
St Paul, MN 55175-0906

East Bay Funding, LLC
CO Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29602-0288

G M A C
PO Box 130424
Roseville, MN 55113-0004

GE Consumer Finance
For GE Money Bank
dba SUTHERLANDS-GEMB
PO Box 960061
Orlando FL 32896-0661

Gemb-Sutherlands
Po Box 981439
El Paso, TX 79998-1439

Gembppbycr
Attention: Bankruptcy
PO Box 103106
Roswell, GA 30076-9106

Higher Education Svc Corp
1205 E Copeland Rd Ste 2
Arlington, TX 76011

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Louisisana Student Financial
Assistance Commission
PO Box 91202
Baton Rouge, LA 70821-9202

Lowes - MBGA
Attention: Bankruptcy Department
PO Box 103106
Roswell, GA 30076-9106

Medical Data Systems-Hospital Of Denton
2001 9th Ave
Suite 312
Vero beach, FL 32960-6413

Medical Data Systems-Presbyterian
2001 9th Ave
Suite 312
Vero beach, FL 32960-6413

Monte J. White & Associates
1106 Brook Ave
Wichita Falls TX 76301-5009


R.C. & Lil Smith
PO Box 309
Alto, NM 883120309

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Sallie Mae
PO Box 4100
Wilkes Barre, PA 18773-4100


Sallie Mae Trust
CO Sallie Mae Inc
220 Lasley Ave
Wilkes-Barre, PA 18706-1496

Sallie Mae, Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1496

Stream Energy
PO Box 192746
Dallas, TX 75219-8527


(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

United Regional
1600 11th Street
Wichita Falls, TX 76301-4388

United Revenue Corp-Titanium Em
204 Billings St Ste 120
Arlington, TX 76010-2495


(p)WACHOVIA DEALER SERVICES INC
BK DEPARTMENT
PO BOX 19657
IRVINE CA 92623-9657

Washington Mutual - Providian
Attn: Bankruptcy Dept.
PO Box 10467
Greenville, SC 29603-0467

eCAST Settlement Corporation assignee of
Chase Bank USA NA successor by
merger to Washington Mutual
POB 35480
Newark NJ 07193-5480


Edward Scott Swalwell
5300 Professional Dr., Apt. 713
Wichita Falls, TX 76302-5784

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301-5009

Stephanie Clark Swalwell
5300 Professional Dr., Apt. 713
Wichita Falls, TX 76302-5784


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


CAPITAL ONE, NA
CO TSYS DEBT MANAGEMENT -M
PO BOX 5155
NORCROSS, GA 30091

(d)Capital One
PO Box 85015
Richmond, VA 23285

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246


TXU Energy
Po Box 666565
Dallas, TX 75266

WFS Financial-Wachovia Dealer Services
PO Box 19657
Irvine, CA 92623

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)B-Line, LLC
Attn: Steven Kane
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221

(d)East Bay Funding, LLC
CO Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301-5009

End of Label Matrix
Mailable recipients   48
Bypassed recipients    3
Total                 51